*Alexander E. Rosenthal* and *Harry Simon* for appellant.

*Charles E. Murphy, Corporation Counsel* (*Joseph F. Mulqueen, Jr.,* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PERSHING SQUARE BUILDING CORP., Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued November 18, 1947; decided January 15, 1948.

*Abraham N. Geller* and *Irving Sonnenschein* for appellant.

*Charles E. Murphy, Corporation Counsel* (*Anthony Curreri, William F. Murphy* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.